Docusign Envelope ID: 628A3839-8D77-87C1-8263-FA12D2592652

**LYNCH CARPENTER, LLP**
(Eddie) Jae K. Kim (SBN 236805)
ekim@lcllp.com
Tiffine E. Malamphy (SBN 312239)
tiffine@lcllp.com
117 East Colorado Blvd., Suite 600
Pasadena, CA 91105
Telephone: (626) 550-1250
Facsimile: (619) 756-6991

Gary F. Lynch (pro hac vice forthcoming)
gary@lcllp.com
Kelly K. Iverson (pro hac vice forthcoming)
kelly@lcllp.com
Jamisen A. Etzel (pro hac vice forthcoming)
jamisen@lcllp.com
Nicholas A. Colella (pro hac vice forthcoming)
nickc@lcllp.com
1133 Penn Ave, 5th Floor
Pittsburgh, PA 15222
Telephone:    (412) 322-9243
Facsimile:    (412) 231-0246

*Counsel for Plaintiff*
*and the Proposed Class*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH SIMPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>Defendant. | Case No.:<br><br>**DECLARATION OF SARAH SIMPSON REGARDING PROPER VENUE**<br><br>**[Cal. Civ. Code § 1780(d)]** |

DECLARATION OF SARAH SAMPSON

I, Sarah Simpson, declare:

1.    I am a plaintiff in the above-captioned action and have personal knowledge of the facts stated in this declaration.

2.    The Class Action Complaint in this action, which is filed concurrently with this declaration, is filed in the proper place for trial under Cal. Civ. Code § 1780(d) because Apple, Inc. ("Defendant"): (a) does business in the County of Santa Clara, in the State of California; and (b) the transaction that gives rise to my claim against Defendant occurred within the County of Santa Clara, in the State of California.

3.    Defendant does business in the County of Santa Clara, in the State of California, by maintaining its headquarters within the county—located at One Apple Park Way Cupertino, CA 95014.

4.    While residing in the County of Sacramento in the State of California, I purchased a product from Defendant, including on or around September 27, 2024. Defendant shipped that product to my residence. This transaction gives rise to my claims in the concurrently filed Class Action Complaint.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  6/23/2026

DocuSigned by:

Sarah Simpson

77055FB32EE54EF...

Sarah Simpson

---

1

DECLARATION OF SARAH SAMPSON