**LYNCH CARPENTER, LLP**
(Eddie) Jae K. Kim (SBN 236805)
ekim@lcllp.com
Tiffine E. Malamphy (SBN 312239)
tiffine@lcllp.com
117 East Colorado Blvd., Suite 600
Pasadena, CA 91105
Telephone:    (626) 550-1250
Facsimile:    (619) 756-6991

Gary F. Lynch (pro hac vice forthcoming)
gary@lcllp.com
Kelly K. Iverson (pro hac vice forthcoming)
kelly@lcllp.com
Jamisen A. Etzel (pro hac vice forthcoming)
jamisen@lcllp.com
Nicholas A. Colella (pro hac vice forthcoming)
nickc@lcllp.com
1133 Penn Ave, 5th Floor
Pittsburgh, PA 15222
Telephone:    (412) 322-9243
Facsimile:    (412) 231-0246

*Counsel for Plaintiff*
*and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH SIMPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE, INC.,<br><br>Defendant. | Case No.: 5:26-cv-06307<br><br>**PLAINTIFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict nor interest (other than the named parties) to report.

Dated: June 25, 2026

**LYNCH CARPENTER, LLP**

By: */s/ (Eddie) Jae K. Kim*
(Eddie) Jae K. Kim (SBN 236805)
ekim@lcllp.com

1

Tiffine E. Malamphy (SBN 312239)
tiffine@lcllp.com
9171 Towne Centre Dr, Ste 180
San Diego, CA 92122
Telephone:      (619) 762-1910
Facsimile:      (858) 313-1850

Gary F. Lynch (pro hac vice forthcoming)
gary@lcllp.com
Kelly K. Iverson (pro hac vice forthcoming)
kelly@lcllp.com
Jamisen A. Etzel (pro hac vice forthcoming)
jamisen@lcllp.com
Nicholas A. Colella (pro hac vice forthcoming)
nickc@lcllp.com
1133 Penn Ave, 5th Floor
Pittsburgh, PA 15222
Telephone:      (412) 322-9243
Facsimile:      (412) 231-0246

*Counsel for Plaintiff
and the Proposed Class*

PLAINTIFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS