UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Sarah Simpson                           ,

     Plaintiff(s),

    v.

Apple, Inc.                             ,

     Defendant(s).

Case No. 5:26-cv-06307-EKL

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Kelly K. Iverson , an active member in good standing of the bar of the Supreme Court of Pennsylvania , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Sarah Simpson in the above-entitled action. My local co-counsel in this case is (Eddie) Jae K. Kim , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 236805 .

1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
MY ADDRESS OF RECORD

117 E Colorado Blvd, Suite 600
Pasadena, CA 91105
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(412) 322-9243
MY TELEPHONE # OF RECORD

(626) 550-1250
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

kelly@lcllp.com
MY EMAIL ADDRESS OF RECORD

ekim@lcllp.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 307175 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 26, 2026 _____                              /s/ Kelly K. Iverson _____

                                                                         APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kelly K. Iverson _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021                                            2