UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Sarah Simpson                    ,

  Plaintiff(s),

   v.

Apple, Inc.                      ,

  Defendant(s).

Case No. 5:26-cv-06307-EKL

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Anasuya E. Shekhar, an active member in good standing of the bar of the Supreme Court of Pennsylvania, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Sarah Simpson in the above-entitled action. My local co-counsel in this case is (Eddie) Jae K. Kim, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 236805.

1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
MY ADDRESS OF RECORD

117 E Colorado Blvd, Suite 600
Pasadena, CA 91105
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(412) 322-9243
MY TELEPHONE # OF RECORD

(626) 550-1250
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

anasuya@lcllp.com
MY EMAIL ADDRESS OF RECORD

ekim@lcllp.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 333531.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 26, 2026

/s/ Anasuya E. Shekhar

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Anasuya E. Shekhar is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

Updated 11/2021

2